UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ROMO and MARIA DULIA ROMO,<br><br>        Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE; and Does 1-20, inclusive,<br><br>        Defendants. | Case No. 15-cv-03708-EMC<br><br>**ORDER RE HEARING**<br><br>Docket No. 10 |

In light of Plaintiffs' opting out from *In Re Wachovia* class action (Case No. 09-CV-2015-JF), the parties shall be prepared to address the issue whether the UCL claim is time-barred under *American Pipe & Construction Co. v. Utah*, 414 U.S. 538 (1974). The parties shall be prepared to address this issue at the hearing on Defendant's motion to dismiss scheduled for December 17, 2015.

**IT IS SO ORDERED**.

Dated: December 3, 2015.

_____
EDWARD M. CHEN
United States District Judge