**NELSON W. GOODELL, ESQ., SBN 264734**
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
Tel. No. (415) 495-3950
Fax No. (415) 495-6900
Email: nelson@goodelllawsf.com

Attorney for Plaintiffs
CHRIS ROMO AND DULIA ROMO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ROMO AND MARIA DULIA ROMO,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. WELLS FARGO HOME MORTGAGE and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 3:15-cv-03708-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:** January 28, 2016<br>**Time:** 1:30 p.m.<br>**Location:** 450 Golden Gate Ave.<br>San Francisco, CA 94102 |

TO THE CLERK OF THE COURT AND THE HONORABLE JUDGE EDWARD M. CHEN:

Having met and conferred, Plaintiffs Chris Romo and Dulia Romo (the "plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order.

Plaintiffs and Wells Fargo, by and through their respective counsel, jointly stipulate as follows:

1  WHEREAS, the Case Management Conference in the instant action was scheduled to take place on January 28, 2016;

3  WHEREAS, Plaintiffs' and Defendants' Joint Case Management Statement was due for filing on January 21, 2016;

Pursuant to Civil Local Rule 6-2, this is the second request in this case to modify time deadlines in this case. The parties do not think that this modification would have any meaningful impact on the schedule for this case.

NOW IT IS HEREBY STIPULATED AND AGREED by and between Defendants and Plaintiffs, through their undersigned counsel of record that:

1. The Case Management Conference scheduled for January 28, 2016, be continued to February 19, 2016, at 1:30 p.m.

2. Plaintiffs and Wells Fargo shall have up to and including February 11, 2016, to file their Joint Case Management Statement.

**IT IS SO STIPULATED.**


Dated: January 21, 2016                    ___/s/ Nelson W. Goodell__
                                           NELSON W. GOODELL,
                                           Attorney for Plaintiff

Approved as to form and content:


Dated: January 21, 2016                    __/s/ Viddell Lee Heard____
                                           VIDDELL LEE HEARD,
                                           Attorney for Wells Fargo

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have obtained concurrence from Defendant's counsel for the filing of this document.

Dated: January 21, 2016              */s/ Nelson W. Goodell*
                                      NELSON W. GOODELL,
                                      Attorney for Plaintiff

**ORDER**

The parties shall have until Wednesday, February ~~11~~ 25, 2016, to file their Joint Case Management Statement.

The Case Management Conference in this action is continued to Feb~~ruary 19, 20~~16. March 3, 2016 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 1/22/2016

_____

t Judge Edward

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*