**NELSON W. GOODELL, ESQ., SBN 264734**
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
Tel. No. (415) 495-3950
Fax No. (415) 495-6900
Email: nelson@goodelllawsf.com

Attorney for Plaintiffs
CHRIS ROMO AND DULIA ROMO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ROMO AND MARIA DULIA ROMO,<br><br>Plaintiffs,<br><br>        v.<br><br>WELLS FARGO BANK, N.A. WELLS FARGO HOME MORTGAGE and Does 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.:  3:15-cv-03708-EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: REVISION OF BRIEFING SCHEDULE** |

TO THE CLERK OF THE COURT AND THE HONORABLE JUDGE EDWARD M. CHEN:

Having met and conferred, Plaintiffs Chris Romo and Dulia Romo (the "plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order.

Plaintiffs and Wells Fargo, by and through their respective counsel, jointly stipulate as follows:

WHEREAS, the Defendants filed a Motion to Dismiss Plaintiffs' Second Amended Complaint on March 14, 2016;

WHEREAS the Plaintiffs intend to file an Opposition to Defendants' Motion, but Plaintiffs' counsel has been involved in extensive pre-trial preparation in a matter pending in the San Francisco Superior Court that is scheduled to begin trial on April 11, 2016, and is flying to Washington, D.C. on Friday, April 1, 2016, to be sworn in as a member of the Bar for the Supreme Court of the United States, and as a result, has not had sufficient time to prepare this Opposition;

WHEREAS, Plaintiffs' counsel requests an additional three days to file his opposition, and intends to file it on March 31, 2016;

WHEREAS, Defendants' counsel consents to Plaintiffs' request.

Pursuant to Civil Local Rule 6-2, this is the third request in this case to modify time deadlines in this case.  The parties do not think that this modification would have any meaningful impact on the schedule for this case.

NOW IT IS HEREBY STIPULATED AND AGREED by and between Defendants and Plaintiffs, through their undersigned counsel of record that:

1.      Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be filed on March 31, 2016.

2.      Defendants' Reply to Plaintiffs' Opposition shall be filed on April 7, 2016.

3.      The hearing date on Defendants' Motion to Dismiss – April 21, 2016 – will remain the same.

**IT IS SO STIPULATED.**

Dated: March 28, 2016                                     ___/s/ Nelson W. Goodell__
                                                         NELSON W. GOODELL,
                                                         Attorney for Plaintiff, CHRIS ROMO
                                                         and MARIA DULIA ROMO

1    Approved as to form and content:

2

3    Dated: March 28, 2016                          ___/s/ Viddell Lee Heard_____

4                                                   VIDDELL LEE HEARD,
                                                    Attorney for Wells Fargo

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**CERTIFICATION**

3

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have obtained concurrence from

4

Defendant's counsel for the filing of this document.

5

6

Dated: March 28, 2016                                    _/s/ Nelson W. Goodell_
                                                         NELSON W. GOODELL,

7

                                                         Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## ORDER

3      Plaintiffs' counsel shall have until March 31, 2016, to file his Opposition to Defendants'

4  Motion to Dismiss Plaintiffs' Second Amended Complaint, and Defendants' Reply to Plaintiffs'

5  Opposition shall be filed on April 7, 2016.

6      The hearing date will remain on April 21, 2016.

7

8  **IT IS SO ORDERED.**

9  Dated:

10        March 29, 2016



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28