ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1 | Viddell Lee Heard (# 175049)
    vheard@afrct.com
2 | ANGLIN, FLEWELLING, RASMUSSEN,
    CAMPBELL & TRYTTEN LLP
3 | 199 South Los Robles Avenue, Suite 600
    Pasadena, California  91101-2459
4 | Telephone:  (626) 535-1900 | Facsimile:  (626) 577-7764

5 | Attorneys for Defendant
   | WELLS FARGO BANK, N.A., successor by
6 | merger with Wells Fargo Bank Southwest, N.A.,
   | f/k/a Wachovia Mortgage, FSB, f/k/a WORLD
7 | SAVINGS BANK, FSB (erroneously sued as
   | "Wells Fargo Home Mortgage, Inc.")

8 | Nelson W. Goodell, Esq.
9 |   nelson@goodelllawsf.com
   | THE GOODELL LAW FIRM
10 | 5 Third St., Suite 1100
   | San Francisco, California, 94103
11 | Telephone:  (415) 495-3950 | Facsimile: (415) 495-6900

12 | Attorneys for Plaintiffs
   | CHRIS ROMO and MARIA DULIA ROMO

13 |

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

16 |

| | |
|---|---|
| 17  CHRIS ROMO and MARIA DULIA ROMO | CASE NO. 3:15-cv-03708-EMC |
| 18            Plaintiffs, | [The Honorable Edward M. Chen] |
| 19       v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |
| 20  WELLS FARGO BANK, N.A. WELLS FARGO HOME MORTGAGE; and Does 1-20; | **CASE MANAGEMENT CONFERENCE** |
| 21  inclusive, | Current Date:    June 10, 2016 |
| 22            Defendants. | Proposed Date:  June 23, 2016 |
| 23  | Time:              9:30 a.m.  Ctrm:              5 – 17th Floor |

24 |

25 | **TO THE CLERK OF THE COURT AND THE HONORABLE DISTRICT JUDGE:**

26 |         Plaintiffs Chris Romo and Maria Dulia Romo and defendants WELLS FARGO BANK,

27 | N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage,

28 | FSB, f/k/a WORLD SAVINGS BANK, FSB (erroneously sued as Wells Fargo Home Mortgage)

1  ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the

2  accompanying proposed order. Plaintiffs and Wells Fargo jointly stipulate as follows:

3        WHEREAS, the Court originally scheduled a Case Management Conference for June 2,

4  2016 (Doc. # 31). The parties filed their Joint Case Management Statement on May 26, 2016

5  (Doc. # 39).

6        WHEREAS, On May 31, 2016, the Court continued the hearing to June 10, 2016 (Doc. #

7  40).

8        WHEREAS, counsel for Plaintiff and counsel for Wells Fargo are each unavailable on

9  June 10. Counsel for Wells Fargo has a court-ordered mediation on June 10 at 12:00 in

10  Monterey, a mediation that he must attend in person. Counsel for Plaintiff has a proposed

11  Statement of Decision and post-trial brief due on this day, which will require his attention for the

12  vast majority of this day.

13        WHEREAS, both counsel for Plaintiff and counsel for Wells Fargo are available on June

14  23, 2016.

15                                      **STIPULATION**

16  **NOW THEREFORE,**

17        **IT IS HEREBY STIPULATED** that the Case Management Conference be continued

18  from June 2, 2016 to June 23, 2016.

19

20                               Respectfully submitted,

21  Dated:  June 2, 2016              ANGLIN, FLEWELLING, RASMUSSEN,
                                  CAMPBELL & TRYTTEN LLP

22

23                           By: _____*/s/ Viddell Lee Heard*_____
                           Viddell Lee Heard

24                             vheard@afrct.com
                      Attorneys for Defendant

25                        WELLS FARGO BANK, N.A., successor by
                      merger with Wells Fargo Bank Southwest, N.A.,

26                        f/k/a Wachovia Mortgage, FSB, f/k/a WORLD
                      SAVINGS BANK, FSB ("Wells Fargo")

27

28

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

2 Dated:  June 2, 2016

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

THE GOODELL LAW FIRM

By: _____*/s/ Nelson W. Goodell*_____
        Nelson W. Goodell
     Attorneys for Plaintiffs
     CHRIS ROMO and MARIA DULIA ROMO

1

**CERTIFICATION**

2

    Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have obtained concurrence from Plaintiffs' counsel for the filing of this document.

3

4

Dated: June 2, 2016

    __/s/ Viddell Lee Heard___
    VIDDELL LEE HEARD
    Attorney for Defendants

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

93000/BR1696/01434717-1

{93000/BR1696/01434717-1 }

4

CASE NO.:  3:16-CV-03708-EMC
J

**ORDER**

The Case Management Conference currently scheduled for June 10, 2016 is hereby continued to June ~~2~~3, 2016 at ~~9:30~~ a.m.

^30                    ^10:30

**IT IS SO ORDERED.**

Dated:     6/6/2016

United ~~States~~ ~~ard M.~~ Chen

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

    I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

    On June 2, 2016, I served the foregoing document entitled:

**JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said case as follows:

**Served Via The Court's CM/ECF System:**

*Attorneys for Plaintiffs:*

Nelson W. Goodell, Esq.
THE GOODELL LAW FIRM
5 Third Street, Suite 1100
San Francisco, CA  94103

Tel:  (415) 495-3950          Fax:  (415) 495-6900

nelson@goodelllawsf.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on June 2, 2016.

| | |
|---|---|
|    Marianne Mantoen    | */s/  Marianne Mantoen* |
| (Type or Print Name) | (Signature of Declarant) |