Viddell Lee Heard (# 175049)
 vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Telephone:  (626) 535-1900 | Facsimile:  (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB (erroneously sued as "Wells Fargo Home Mortgage, Inc.")

Nelson W. Goodell, Esq.
 nelson@goodelllawsf.com
THE GOODELL LAW FIRM
5 Third St., Suite 1100
San Francisco, California, 94103
Telephone:  (415) 495-3950 | Facsimile: (415) 495-6900

Attorneys for Plaintiffs
CHRIS ROMO and MARIA DULIA ROMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS ROMO and MARIA DULIA ROMO<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. WELLS FARGO HOME MORTGAGE; and Does 1-20; inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-03708-EMC<br><br>[The Honorable Edward M. Chen]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date:    August 18, 2016<br><br><u>Proposed Case Management Date</u><br>Date:         August 25, 2016<br>Time:         9:30 a.m.<br>Ctrm:         5, 17th Floor |

**TO THE CLERK OF THE COURT AND THE HONORABLE DISTRICT JUDGE:**

Plaintiffs Chris Romo and Maria Dulia Romo and defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB (erroneously sued as Wells Fargo Home Mortgage) ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order. Counsel for Plaintiffs and Wells Fargo jointly stipulate as follows:

WHEREAS, On June 17, 2016 the Court continued the Case Management Conference to July 21, 2016 (Doc # 45);

WHEREAS, On July 19, 2016 the Court further continued the Case Management Conference from July 21, 2016 to August 18, 2016 to be held after the scheduled mediation (Doc # 49);

WHEREAS, counsel for Wells Fargo is unavailable on August 18, 2016 due to a court-ordered mediation scheduled for the same day, before the Hon. Nandor Vadas. Wells Fargo's counsel must attend the mediation in person.

WHEREAS, both counsel for Plaintiff and counsel for Wells Fargo are available on August 25, 2016.

## **STIPULATION**

**NOW THEREFORE,**

**IT IS HEREBY STIPULATED** that the Case Management Conference be continued from August 18, 2016 to August 25, 2016.

Respectfully submitted,

Dated: August 2, 2016   ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: __/s/ *Viddell Lee Heard*__
Viddell Lee Heard
vheard@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

| | |
|---|---|
| 1 | SAVINGS BANK, FSB (erroneously sued as "Wells Fargo Home Mortgage, Inc.") |
| 2 | Respectfully submitted, |
| 3  Dated: August 2, 2016 | THE GOODELL LAW FIRM |
| 5 | By:   /s/ *Nelson W. Goodell* |
|   |     Nelson W. Goodell |
|   | Attorneys for Plaintiffs |
| 6 | CHRIS ROMO and MARIA DULIA ROMO |

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have obtained concurrence from Plaintiffs' counsel for the filing of this document.

By:   /s/ Viddell Lee Heard
       Viddell Lee Heard

**ORDER**

The Case Management Conference currently scheduled for August 18, 2016 is hereby continued to August 25, 2016 at 9:30 a.m. Joint CMC statement due August 18, 2016.

**IT IS SO ORDERED.**

DATED: August 12, 2016

THE HONORABLE
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On August 10, 2016, I served the foregoing document entitled:

**JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said case as follows:

**Served Electronically Via The Court's CM/ECF System:**

*Attorneys for Plaintiffs:*

Nelson W. Goodell, Esq.
THE GOODELL LAW FIRM
5 Third Street, Suite 1100
San Francisco, CA 94103

Tel: (415) 495-3950     Fax: (415) 495-6900

nelson@goodelllawsf.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on August 10, 2016.

| Jill Ashley | /s/ Jill Ashley |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |