Viddell Lee Heard (# 175049)
  vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone: (626) 535-1900 | Facsimile: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB (erroneously sued as "Wells Fargo Home Mortgage, Inc.")

Nelson W. Goodell, Esq.
  nelson@goodelllawsf.com
THE GOODELL LAW FIRM
5 Third St., Suite 1100
San Francisco, California, 94103
Telephone: (415) 495-3950 | Facsimile: (415) 495-6900

Attorneys for Plaintiffs
CHRIS ROMO and MARIA DULIA ROMO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS ROMO and MARIA DULIA ROMO<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. WELLS FARGO HOME MORTGAGE; and Does 1-20; inclusive,<br><br>Defendants. | CASE NO. 3:15-cv-03708-EMC<br><br>[The Honorable Edward M. Chen]<br><br>**JOINT STIPULATION AND [PR~~OP~~OSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date:   August 26, 2016<br><br>Proposed Case Management Date<br>Date:   September 1, 2016<br>Time:   9:30 a.m.<br>Ctrm:   5, 17th Floor |

**TO THE CLERK OF THE COURT AND THE HONORABLE DISTRICT JUDGE:**

Plaintiffs Chris Romo and Maria Dulia Romo and defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB (erroneously sued as Wells Fargo Home Mortgage) ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order.  Counsel for Plaintiffs and Wells Fargo jointly stipulate as follows:

WHEREAS, on August 10, 2016 the parties filed a joint stipulation to continue the CMC from August 18, 2016 to August 25, 2016. On August 12, 2016 the Court continued the CMC to August 25, 2016 (Doc # 43);

WHEREAS, on August 18, 2016 the Court *sua sponte* continued the Case Management Conference from August 25, 2016 to August 26, 2016 (Doc # 54);

WHEREAS, counsel for Wells Fargo is unavailable due to a pre-set deposition in another matter on August 26, 2016. That deposition has already been delayed twice, and it cannot be easily continued in view of the case deadlines set in that case;

WHEREAS, both counsel for Plaintiff and counsel for Wells Fargo are available for a CMC on September 1, 2016.

## **STIPULATION**

**NOW THEREFORE,**

**IT IS HEREBY STIPULATED** that the Case Management Conference be continued from August 26, 2016 to September 1, 2016.

Respectfully submitted,

Dated:  August 22, 2016                ANGLIN, FLEWELLING, RASMUSSEN,
                                       CAMPBELL & TRYTTEN LLP

By:   /s/ *Viddell Lee Heard*
      Viddell Lee Heard
      vheard@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

| | |
|---|---|
| 1 | SAVINGS BANK, FSB (erroneously sued as "Wells Fargo Home Mortgage, Inc.") |
| 2 | Respectfully submitted, |
| 3  Dated: August 22, 2016 | THE GOODELL LAW FIRM |
| 4 | |
| 5 | By: __/s/ *Nelson W. Goodell*__<br>     Nelson W. Goodell<br>Attorneys for Plaintiffs |
| 6 | CHRIS ROMO and MARIA DULIA ROMO |

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have obtained concurrence from Plaintiffs' counsel for the filing of this document.

By:   /s/ Viddell Lee Heard
      Viddell Lee Heard

1 **ORDER**

2   The Case Management Conference currently scheduled for August 26, 2016 is hereby

3 continued to September 1, 2016 at 9:30 a.m.

4   **IT IS SO ORDERED.**

6 DATED: 8/23/16  _____
                                    Judge Edward M. Chen
                                    UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On August 22, 2016, I served the foregoing document entitled:

**JOINT STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said case as follows:

**Served Electronically Via The Court's CM/ECF System:**

*Attorneys for Plaintiffs:*

Nelson W. Goodell, Esq.
THE GOODELL LAW FIRM
5 Third Street, Suite 1100
San Francisco, CA 94103

Tel: (415) 495-3950    Fax: (415) 495-6900

nelson@goodelllawsf.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on August 22, 2016.

| Jill Ashley | /s/ Jill Ashley |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |