**NELSON W. GOODELL, ESQ., SBN 264734**
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
Tel. No. (415) 495-3950
Fax No. (415) 495-6900
Email: nelson@goodelllawsf.com

Attorney for Plaintiffs
CHRIS ROMO AND DULIA ROMO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ROMO AND MARIA DULIA ROMO,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. WELLS FARGO HOME MORTGAGE and Does 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 3:15-cv-03708-EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY** |

TO THE CLERK OF THE COURT AND THE HONORABLE JUDGE EDWARD M. CHEN:

Having met and conferred, Plaintiffs Chris Romo and Dulia Romo (the "plaintiffs") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") enter into the below stipulation and hereby request that the Court enter the accompanying proposed order.

Plaintiffs and Wells Fargo, by and through their respective counsel, jointly stipulate as follows:

1  WHEREAS, the Plaintiffs served Defendants with discovery requests on November 18, 2016;

2  WHEREAS, Defendants served Plaintiffs with discovery requests on December 21, 2016;

3  WHEREAS, Defendants have yet to respond to Plaintiffs' discovery requests;

4  WHEREAS, discovery cut-off is set for January 26, 2017, expert reports are due by January 26, 2017, rebuttal reports are due by February 16, 2017, and expert discovery cut-off is set for March 9, 2017.

5  WHEREAS, Defendants have indicated they wish to depose Plaintiffs but no date has been set yet.

NOW IT IS HEREBY STIPULATED AND AGREED by and between Defendants and Plaintiffs, through their undersigned counsel of record that:

1. Fact Discovery cut-off will now be February 26, 2017.
2. Initial Expert Reports will now be due on February 26, 2017.
3. Rebuttal Reports will now be due on March 16, 2017.
4. Expert Discovery cut-off will now be April 9, 2017.

**IT IS SO STIPULATED.**

Dated: January 4, 2017                      __/s/ Nelson Goodell_____
                                            NELSON W. GOODELL,
                                            Attorney for Plaintiff, CHRIS ROMO
                                            and MARIA DULIA ROMO

Approved as to form and content:

Dated: January 4, 2017                      __/s/ Videll Lee Heard_____
                                            VIDDELL LEE HEARD,
                                            Attorney for Wells Fargo

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have obtained concurrence from Defendant's counsel for the filing of this document.

Dated: January 4, 2017
                                              */s/ Nelson W. Goodell*
                                              NELSON W. GOODELL,
                                              Attorney for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Fact Discovery and initial Expert Reports will now be due on February 26, 2017. Rebuttal Reports will be due March 16, 2017, and Expert Discovery cut-off will be moved to April 9, 2017. All other dates remain the same.

**IT IS SO ORDERED.**

Dated:   1/10/2017

_____
Judge Edward M. Chen



IT IS SO ORDERED AS MODIFIED