**NELSON W. GOODELL, ESQ., SBN 264734**
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-6900 (fax)

Attorney for Plaintiffs
CHRIS AND DULIA ROMO

**VIDDELL LEE HEARD, ESQ. SBN 175049**
vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorney for Defendant,
WELLS FARGO BANK, N.A

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ROMO AND MARIA DULIA ROMO,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. WELLS FARGO HOME MORTGAGE and Does 1 through 20, inclusive,<br><br>Defendants. | **Case No: 3:15-cv-03708-EMC**<br><br>[The Honorable Edward M. Chen]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PRO~~PO~~SED] ORDER ON STIPULATION** |

//

//

- 1 -

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Chris Romo and Dulia Romo ("Plaintiffs") and Wells Fargo Bank, N.A. ("Defendant"), by and through their undersigned counsel, stipulate and request that the above-caption matter be dismissed in its entirety, with prejudice, pursuant to the parties' agreement in this action.

**IT IS SO STIPULATED.**


Dated: May 11, 2017                         __/s/ Nelson W. Goodell_____
                                            NELSON W. GOODELL,
                                            Attorney for Plaintiff
                                            CHRIS and DULIA ROMO


Dated: May 11, 2017                         ___/s/ Viddell Lee Heard_____
                                            VIDDELL LEE HEARD,
                                            Attorney for Defendant
                                            WELLS FARGO BANK, N.A.

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I have obtained concurrence from Defendant's counsel for the filing of this document.

Dated: May 11, 2017                             _/s/ Nelson W. Goodell____
                                                NELSON W. GOODELL,
                                                Attorney for Plaintiff
                                                CHRIS and DULIA ROMO

# ORDER ON STIPULATION

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above entitled action is dismissed with prejudice;
2. Each party shall bear their own fees and costs; and
3. The Court shall close its file.

Dated: May ___30___, 2~~016~~ 2017



IT IS SO ORDERED

Judge Edward M. Chen